District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALDEMAR BUENROSTRO MUNGUIA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONNIE NOLAN, *et al.*,<br><br>  Defendants. | Case No. 2:24-cv-01199-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>October 8, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 7, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-918 and Form I-765. Defendants' response to the Complaint is currently due on October 8, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until November 7, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01199-RSM] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS is actively processing Plaintiffs' applications. However, additional time is needed to complete processing. Once the applications are adjudicated, Plaintiffs will dismiss the case. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 7, 2024. The parties will submit a status update on or before November 7, 2024.

DATED on this 8th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GLOBAL LAW ADVOCATES, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Inna Scott*<br>INNA SCOTT, WSBA #46864<br>655 South Orcas Street, Ste. 210<br>Seattle, Washington 98108<br>Phone: (206) 774-8758<br>Email: iscott@globallawadvocates.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 255 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01199-RSM] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until November 7, 2024.  The parties shall submit a status update on or before November 7, 2024.  It is so **ORDERED**.

DATED this 9th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01199-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800