District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALDEMAR BUENROSTRO MUNGUIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE NOLAN, *et al.*,<br><br>Defendants. | No. 2:24-cv-01199-RSM |

**<u>ORDER</u>**

The parties having stipulated and agreed, the Court orders that this case is dismissed without prejudice and without costs or fees.

DATED this 6th day of November, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL - 1
2:24-cv-01199

**Global Law Advocates, PLLC**
655 S. Orcas Street, Suite 210
Seattle, WA 98108
(t) 206-774-8758
(f) 206-457-2137

1  Presented by:
2
3  */s/ Inna Scott*
   INNA SCOTT, WSBA #46864
4  GLOBAL LAW ADVOCATES
   *Attorney for Petitioners*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

STIPULATION FOR DISMISSAL - 2
2:24-cv-01199

**Global Law Advocates, PLLC**
655 S. Orcas Street, Suite 210
Seattle, WA 98108
(t) 206-774-8758
(f) 206-457-2137